Prob 35 (3/98)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

CHRIS WOJCIK

Criminal No. 2:0120233-02

On May 13, 2002, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Willie S. Williams, Jr., Senior
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this ___ day of May, 2005

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:01-CR-20233 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Larry E. oCopeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Robert Cleland
US DISTRICT COURT